## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**MUSHUN DEONTRANY MCDOWELL, #K1103**                          **PLAINTIFF**

**VERSUS**                          **CIVIL ACTION NO.4:09-cv-126-HTW-LRA**

**UNKNOWN REESE, et al.**                          **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.  As reflected in

the Memorandum Opinion and Order of the Court issued this day, Plaintiff's claims are not

cognizable under 42 U.S.C. § 1983. Consequently, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed pursuant to Title 28 U.S.C.

§ 1915(e)(2)(B)(ii), with prejudice, for failure to state a claim upon which relief may be granted.

Since this case is dismissed in accordance with the above mentioned provision of the

Prison Litigation Reform Act, it will be counted as a "strike" pursuant to Title 28 U.S.C.

§ 1915(g).

SO ORDERED, this 28th day of December, 2009.

**s/ HENRY T. WINGATE**
**CHIEF UNITED STATES DISTRICT JUDGE**